■ · JOLAR CINEMA, INC., et al., Appellants, v JEREMIAH T. WALSH et al., Respondents.—Order, Supreme Court, New York County, entered on August 2, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term. Respondents shall recover of appellants $60 costs and disbursements of this appeal. Concur—Birns, J. P., Silverman, Lane and Nunez, JJ.

■ In the Matter of the Estate of ALFRED E. MIRSKY, Deceased. REBA M. GOODMAN et al., Appellants; SONIA W. MIRSKY, Respondent.—Decree, Surrogate's Court, New York County, entered on May 26, 1976, unanimously affirmed on the opinion of Di Falco, S., with $60 costs and disbursements to all parties filing briefs payable out of the estate. Concur—Birns, J. P., Silverman, Lane and Nunez, JJ.